# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MONTAE JUWAN CHISHOLM,  Plaintiff,  v.  MEG HEAP; and JOHN T. WILCHER,  Defendants. | CIVIL ACTION NO.: 4:19-cv-70 |

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 19, 2019 Report and Recommendation, (doc. 7), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation that Plaintiff has failed to claim upon which relief can be granted. The case is accordingly **DISMISSED without prejudice**. The Court further **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 31st day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA