# United States District Court
## Southern District of Georgia

MONTAE JUWAN CHISOLM,

Plaintiff,

v.

MEG HEAP; and JOHN T. WILCHER,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-70

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated May 31, 2019, adopting the Report and Recommendations of the U.S. Magistrate Judge as the opinion of this court, judgment is hereby entered dismissing the case without prejudice.

Approved by: _____

June 7, 2019
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*